**Order entered April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00311-CV

**BYRON CURTIS COOK, Appellant**

**V.**

**KEVIN KYSER AND CHRISTOPHER COWMAN, Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03417-2018**

## ORDER

Before the Court is appellant's April 8, 2019 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 6, 2019. Because this is an accelerated appeal, we caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE